STATE v. McMAHAN

No. 310P00

Case below: 134 N.C.App. 187

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 24 August 2000.

STATE v. MILLER

No. 339P00

Case below: 138 N.C.App. 207

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 24 August 2000.

STATE v. MILLS

No. 306P00

Case below: 138 N.C.App. 555

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 24 August 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 24 August 2000.

STATE v. PARKER

No. 331P00

Case below: 138 N.C.App. 555

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 24 August 2000.

STATE v. RILEY

No. 231A00

Case below: 137 N.C.App. 403

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 24 August 2000. Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 24 August 2000. Petition by defendant for writ of certiorari to review the orders of the North Carolina Court of Appeals (COAP00-294) denied 24 August 2000. Motion by the Attorney General to dismiss notice of appeal (dissent) allowed 24 August 2000.